UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re: ERIKA V. BECKER
SCOTT W. BECKER Chapter 7
 Debtor.
 Case No. 23-25123

LISA GOLDMAN,

 Plaintiff,
v.

ERIKA V. BECKER,

 Defendant.

---

## CERTIFICATE OF MAILING
---

 I hereby certify that on January 25, 2024 Lisa Goldman's **COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT** in this case was electronically filed with the Clerk of Court and on January 26, 2024 a **SUMMONS** was issued and both served upon the following parties using the ECF system:

 ATTORNEY STEVEN A. EICHSTAEDT
 on behalf of defendant Erika V. Becker

 I further certify that pursuant to Fed. R. Bankr. P. 7004 on January 26, 2024 I mailed by United States Postal Service first class mail postage prepaid the same documents to:

| | |
|---|---|
| ERIKA V. BECKER<br>924 W. 11th Avenue<br>Oshkosh, WI 54902 | ATTORNEY STEVEN A. EICHSTAEDT<br>Dahlberg Law Group, LLC<br>N168 W21367 Main Street<br>Jackson, WI 53037 |

 *electronically signed by Lacy Kielman*
 Lacy Kielman, paralegal for
 Attorney Roger Sage
 30 W. Mifflin Street, Suite 1001
 Madison, WI 53703

(608) 258-8855