So Ordered.

Dated: March 8, 2024



Beth E. Hanan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| In re: Erika V. Becker<br>Scott W. Becker<br>Debtors. | Case No. 23-25123<br>Chapter 7 |
| Lisa Goldman,<br>Plaintiff,<br>v.<br>Erika V. Becker<br>Defendant. | Adversary Case No. 24-02007-beh |

**ORDER ON MOTION TO WITHDRAW AS DEFENDANT'S ATTORNEY IN ADVERSARY CASE**

Based on having reviewed the record, finding the Motion to Withdraw as Defendant's Attorney in Adversary Case filed by Attorney Steve A. Eichstaedt on February 20, 2024, to be properly served, and the time for objection having run without any objection being filed,

IT IS HEREBY ORDERED THAT:

Attorney Steve A. Eichstaedt is withdrawn from the representation of the Defendant, Erika V. Becker, in the above-referenced adversary action.

#####

Drafted by:
Steve A. Eichstaedt, SBN 1035408
Dahlberg Law Group, LLC
N168 W21367 Main Street
Jackson, WI 53037