UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

In re:

ERIKA V. BECKER and
SCOTT W. BECKER,

    Debtors.

Case No. 23-25123

Chapter 7

LISA GOLDMAN,

    Plaintiff,

  v.

ERICKA V. BECKER,

    Defendant.

Adversary Case No. 24-AP-02007-beh

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that LISA GOLDMAN, a named creditor in the above-captioned chapter 7 case and the Plaintiff in the adversary case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that Attorney Nathaniel Cade, Jr. appears as **co-counsel** for the Plaintiff, Lisa Goldman, and that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Nathaniel Cade, Jr.
    Cade Law Group LLC
    P.O. Box 170887
    Milwaukee, WI 53217
    Telephone: (414) 255-3802
    Facsimile: (414) 255-3804
    Email: nate@cade-law.com

Please note that Attorney Roger Sage shall remain as the main counsel of record in both matters.

Dated this: April 10, 2024

**CADE LAW GROUP LLC**

By: s/ Nathaniel Cade, Jr.
    Nathaniel Cade, Jr.
    Cade Law Group LLC
    P.O. Box 170887
    Milwaukee, WI 53217
    (414) 255-3802 (o)
    (414) 255-3804
    nate@cade-law.com

Attorneys for Lisa Goldman in the Adversary proceeding

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

In re:

ERIKA V. BECKER and
SCOTT W. BECKER,

        Debtors.

Case No. 23-25123

Chapter 7

---

LISA GOLDMAN,

        Plaintiff,

    v.

ERICKA V. BECKER,

        Defendant.

Adversary Case No. 24-AP-02007-beh

## CERTIFICATE OF SERVICE
_____

    I hereby certify, under penalty of perjury, that on April 10, 2024, Plaintiff Lisa Goldman's

1. **NOTICE OF APPEARANCE OF ATTORNEY NATHANIEL CADE, JR.**

in this case was electronically filed with the Clerk of Court. I further certify that on April 10, 2024, I placed in the United States Postal Service, first class mail postage prepaid, the same document(s) to:

    Erika V. Becker
    924 W. 11th Avenue
    Oshkosh, WI 54902

I certify under penalty of perjury that the foregoing is true and correct.

Dated this:    April 10, 2024

                    **CADE LAW GROUP LLC**

                    By: s/ Nathaniel Cade, Jr.
                        Nathaniel Cade, Jr.
                        Cade Law Group LLC
                        P.O. Box 170887
                        Milwaukee, WI 53217
                        (414) 255-3802 (o)
                        (414) 255-3804
                        nate@cade-law.com

Attorneys for Lisa Goldman in the Adversary proceeding