**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**
Court Minutes

| | |
|---|---|
| CHAPTER: | 13 |
| DATE: | April 22, 2025 |
| JUDGE: | Beth E. Hanan |
| CASE NO.: | 24-2007 |
| CASE: | Goldman v. Becker |
| NATURE OF HEARING: | Status Conference |
| APPEARANCES: | Lisa Goldman, plaintiff |
| | Erika Becker, defendant |
| COURTROOM DEPUTY: | Betsy Skibicki |
| LAW CLERK: | Anthony Isaac |

On April 22, 2025, the Court held a status conference on the pending adversary case. Based on statements of the parties, the Court adjourned the matter to 6/17/2025 at 1:30 PM. To appear by telephone, the parties must call the Court conference line at 1-669-254-5252, enter Meeting ID 160 1876 9746 and Passcode 914561 before the scheduled hearing time. An audio recording of the hearing is available on the docket.