So Ordered.

Dated: June 18, 2025



Beth E. Hanan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 7 |
| DATE: | June 17, 2025 |
| JUDGE: | Beth E. Hanan |
| CASE NO.: | 23-25123-beh |
| ADVERSARY NO.: | 24-02007-beh |
| DEBTORS: | Erika V. Becker and Scott W. Becker |
| PLAINTIFF: | Lisa Goldman |
| DEFENDANT: | Erika V. Becker |
| NATURE OF HEARING: | Status Conference |
| APPEARANCES: | Erika V. Becker, *pro se* |
| COURTROOM DEPUTY: | Betsy Skibicki |

On June 17, 2025, the Court held a status conference in this proceeding. No one appeared on behalf of the plaintiff.

For the reasons stated on the record at the hearing (an audio recording of which is available on the docket), the Court adjourned the matter to **September 16, 2025, at 1:30 PM.** You may appear in person for this hearing at the United States Courthouse, 517 East Wisconsin, Room 150, Milwaukee, Wisconsin, or you may participate by Zoom videoconference. To access the hearing by videoconference, use the Zoom application or a web browser (www.zoomgov.com/join) and enter Meeting ID 160 1876 9746 and Passcode 914561 before the scheduled hearing time.

**In addition, Attorney Goldman must submit a letter to the Court explaining the reason for her absence, within five business days of this Order.**

**So ordered.**

#####